JOSEPH WATLEY *v.* ALLSTATE INSURANCE COMPANY
(13586)

LAVERY, SCHALLER and HENNESSY, Js.

Argued June 1—decision released July 4, 1995

*Peter H. Lyga,* with whom was *Patricia M. Lyga,* for the appellant (plaintiff).

*Constance L. Epstein,* with whom, on the brief, was *Jack G. Steigelfest,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.